# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: STEINKE, DANIEL J         § | Case No. 08-71835 |
|      STEINKE, LISA D            § | |
|                                         § | |
| Debtor(s)                         § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/06/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

          Dated:  05/04/2011           By:  /s/BERNARD J. NATALE
                                                                                      Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com


ATTORNEY HAS TAKEN A VOLUNTARY REDUCTION IN FEES
TO INCREASE DISTRIBUTION TO UNSECURED CREDITORS.

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: STEINKE, DANIEL J<br>STEINKE, LISA D<br>Debtor(s) | § Case No. 08-71835<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,001.38 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,001.38 |
| **Balance on hand:** | $ 5,001.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,001.38 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 1,250.14 | 0.00 | 1,250.14 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,250.00 | 0.00 | 1,250.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 24.59 | 0.00 | 24.59 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,524.73 |
| Remaining balance: | $ 2,476.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,476.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,476.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,808.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 8,516.19 | 0.00 | 264.28 |
| 2 | CHASE BANK USA | 12,395.16 | 0.00 | 384.65 |
| 3 | CHASE BANK USA | 23,594.43 | 0.00 | 732.19 |
| 4 | American Express Centurion Bank | 538.87 | 0.00 | 16.72 |
| 5 | PYOD LLC assigns as assignee of Citibank | 1,399.48 | 0.00 | 43.43 |
| 6 | PYOD LLC assigns as assignee of Citibank | 25,856.51 | 0.00 | 802.39 |
| 7 | PYOD LLC assigns as assignee of Citibank | 5,603.02 | 0.00 | 173.87 |
| 8 | Recovery Management Systems Corporation | 1,905.02 | 0.00 | 59.12 |

Total to be paid for timely general unsecured claims: $ 2,476.65
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $     0.00
Remaining balance:   $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:   $     0.00

Prepared By:  /s/BERNARD J. NATALE
              Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
```

In re:                                                              Case No. 08-71835-MB
Daniel J Steinke                                                    Chapter 7
Lisa D Steinke
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman             Page 1 of 2           Date Rcvd: May 12, 2011
                              Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2011.
```
db/jdb    +Daniel J Steinke,    Lisa D Steinke,    6665 Saladino Drive,    Roscoe, IL 61073-9257
aty       +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
            Rockford, IL 61108-2582
aty       +Jeffry A. Dahlberg,    Balsley and Dahlberg, LLP,    5130 N Second St,   Loves Park, IL 61111-5002
tr        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
            Rockford, IL 61108-2582
12319197  +ALLIED INTERSTATE,    P.O. Box 5023,    New York, NY 10163-5023
12319198   AMERICAN EXPRESS,    P.O. Box 7863,    Ft. Lauderdale, FL 33329
12319199  +AMERICAN RECOVERY SERVICES,    555 St. Charles Drive, Ste. 100,    Thousand Oaks, CA 91360-3983
12724194   American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
12319200  +BLACKHAWK STATE BANK,    400 Broad Street,   Beloit, WI 53511-6223
12319201   CARDMEMBER SERVICE/CHASE,    P.O. Box 15298,    Wilmington, DE 19850-5298
12695744  +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
            SEATTLE, WA 98121-3132
14350206   CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE 19850-5145
12319202   CHASE HOME FINANCE,    P.O. Box 24696,   Columbus, OH 43224-0696
12319203   CITI CARDS,   P.O. Box 6000,   The Lakes, NV 89163-6000
12319205  +KAY & ANDERSEN S.C.,    One Front Place,   Madison, WI 53704-3923
12319206  +PARKER COMMUNITY CREDIT UNION,    P.O. Box 937,    Janesville, WI 53547-0937
12319207   PAYPAL PLUS,    P.O. Box 981064,   El Paso, TX 79998-1064
12319208   SEARS GOLD MASTERCARD,    P.O. Box 6922,   The Lakes, NV 88901-6922
12319209  ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court:   U.S. BANK,    Mail Loc.CNTX05 Attn: 5th Fl. BK.,    P.O. Box 5229,
            Cincinnati, OH 45201)
12319210  +WINNEBAGO COUNTY TREASURER,    Administration Building,   404 Elm Street, Room 205,
            Rockford, IL 61101-1244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12319204       E-mail/PDF: mrdiscen@discoverfinancial.com May 13 2011 00:16:37     DISCOVER CARD,
               P.O. Box 30943,    Salt Lake City, UT 84130
12676023      +E-mail/PDF: mrdiscen@discoverfinancial.com May 13 2011 00:16:37
               Discover Bank/DFS Services LLC,    POB 3025,   New Albany Ohio 43054-3025
12390288      +E-mail/PDF: gecsedi@recoverycorp.com May 13 2011 00:20:02     GE Money Bank,
               % Recovery Mgmt Sys Corp,   Attn: Ramesh Singh,    25 SE 2nd Ave Ste 1120,
               Miami, FL 33131-1605
12755158       E-mail/Text: resurgentbknotifications@resurgent.com May 12 2011 22:20:39
               PYOD LLC its successors and assigns as assignee of,    Citibank,   Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12950549      +E-mail/PDF: rmscedi@recoverycorp.com May 13 2011 00:20:09
               Recovery Management Systems Corporation,    For GE Money Bank,   dba PAYPAL,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: cbachman            Page 2 of 2              Date Rcvd: May 12, 2011
                              Form ID: pdf006           Total Noticed: 25
```

                ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2011**            **Signature:** *Joseph Speetjens*