**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: STEINKE, DANIEL J § Case No. 08-71835
    STEINKE, LISA D §
                §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $63,025.00              Assets Exempt:  $61,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,471.92     Claims Discharged
                             Without Payment:  $86,292.16

Total Expenses of Administration: $2,529.46

---

  3) Total gross receipts of $ 5,001.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,001.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $165,702.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,014.71 | 2,529.46 | 2,529.46 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 87,338.95 | 79,808.68 | 79,808.68 | 2,471.92 |
| **TOTAL DISBURSEMENTS** | $253,040.95 | $82,823.39 | $82,338.14 | $5,001.38 |

    4) This case was originally filed under Chapter 7 on June 12, 2008. The case was pending for 39 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/17/2011     By: /s/BERNARD J. NATALE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate located at: 6665 Saladino Drive, Ros | 1110-000 | 5,000.00 |
| Interest Income | 1270-000 | 1.38 |
| **TOTAL GROSS RECEIPTS** | | **$5,001.38** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | PARKER COMMUNITY CREDIT UNION | 4110-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PARKER COMMUNITY CREDIT UNION | 4110-000 | 10,300.00 | N/A | N/A | 0.00 |
| NOTFILED | U.S. BANK | 4110-000 | 24,630.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE HOME FINANCE | 4110-000 | 107,000.00 | N/A | N/A | 0.00 |
| NOTFILED | WINNEBAGO COUNTY TREASURER Administration Building | 4110-000 | 4,572.00 | N/A | N/A | 0.00 |
| NOTFILED | BLACKHAWK STATE BANK | 4110-000 | 9,200.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$165,702.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 24.59 | 24.59 | 24.59 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,735.25 | 1,250.00 | 1,250.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,250.14 | 1,250.14 | 1,250.14 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 4.73 | 4.73 | 4.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,014.71 | 2,529.46 | 2,529.46 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | 8,516.19 | 8,516.19 | 8,516.19 | 263.77 |
| 2 | CHASE BANK USA | 7100-000 | 35,989.59 | 12,395.16 | 12,395.16 | 383.92 |
| 3 | CHASE BANK USA | 7100-000 | N/A | 23,594.43 | 23,594.43 | 730.79 |
| 4 | American Express Centurion Bank | 7100-000 | 446.52 | 538.87 | 538.87 | 16.69 |
| 5 | PYOD LLC  assigns as assignee of Citibank | 7100-000 | 1,326.18 | 1,399.48 | 1,399.48 | 43.35 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PYOD LLC assigns as assignee of Citibank | 7100-000 | 30,200.05 | 25,856.51 | 25,856.51 | 800.86 |
| 7 | PYOD LLC  assigns as assignee of Citibank | 7100-000 | N/A | 5,603.02 | 5,603.02 | 173.54 |
| 8 | Recovery Management Systems Corporation | 7100-000 | 1,905.02 | 1,905.02 | 1,905.02 | 59.00 |
| NOTFILED | ALLIED INTERSTATE | 7100-000 | 198.32 | N/A | N/A | 0.00 |
| NOTFILED | AMERICAN RECOVERY SERVICES | 7100-000 | 1,557.08 | N/A | N/A | 0.00 |
| NOTFILED | KAY & ANDERSEN S.C. One Front Place | 7100-000 | 7,200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 87,338.95 | 79,808.68 | 79,808.68 | 2,471.92 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71835  
**Case Name:** STEINKE, DANIEL J  
STEINKE, LISA D  
**Period Ending:** 08/17/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/12/08 (f)  
**§341(a) Meeting Date:** 08/14/08  
**Claims Bar Date:** 12/24/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located at: 6665 Saladino Drive, Ros | 172,000.00 | 5,748.00 | | 5,000.00 | FA |
| 2 | Blackhawk State Bank/ checking | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Blackhawk State Bank/ checking | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Parker Community Credit Union/ savings | 25.00 | 25.00 | DA | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing and personal items | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wedding Rings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | (1) Primerica Term Life Insurance Policy- no cas | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Interest in Primerica 401K Plan | 24,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Interest in Local 6 Pension | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | 100 shares in Daniel Steinke Incorporated - no v | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1999 Glastron Boat/Trailer | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2005 Chevrolet Silverado | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2003 Chrysler Town & Country | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2002 Polaris Snowmobile/trailer | 1,500.00 | 550.00 | DA | 0.00 | FA |
| 16 | Tools | 300.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.38 | FA |
| 17 | Assets  Totals (Excluding unknown values) | **$235,025.00** | **$6,323.00** | | **$5,001.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

DEBTOR IS NOW UNEMPLOYED.  TRUSTEE AGREED TO MODIFICATON OF PAYMENT SCHEDULE.  DEBTOR ATTEMPTING TO RESUME REPAYMENTS.
NO OTHER CHANGES SINCE PRIOR REPORTING PERIOD.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2009        **Current Projected Date Of Final Report (TFR):**    May 4, 2011  (Actual)

Printed: 08/17/2011 12:21 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-71835  
**Case Name:** STEINKE, DANIEL J  
STEINKE, LISA D  
**Taxpayer ID #:** **-***5514  
**Period Ending:** 08/17/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****53-65 - Money Market Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/08 | {1} | LISA STEINKE | COMPROMISE - Real Estate - November 08 Pymt | 1110-000 | 100.00 | | 100.00 |
| 10/29/08 | {1} | LISA STEINKE | PURCHASE OF REAL ESTATE | 1110-000 | 100.00 | | 200.00 |
| 11/26/08 | {1} | LISA STEINKE | COMPROMISE ON REAL ESTATE | 1110-000 | 100.00 | | 300.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 0.02 | | 300.02 |
| 12/29/08 | {1} | DANIEL J & LISA D STEINKE | PAYMENT ON COMPROIMSE | 1110-000 | 100.00 | | 400.02 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.02 | | 400.04 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.01 | | 400.05 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.01 | | 400.06 |
| 03/23/09 | {1} | LISA STEINKE | PAYMENT ON COMPROMISE | 1110-000 | 200.00 | | 600.06 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.02 | | 600.08 |
| 04/08/09 | {1} | LISA STEINKE | Payment on Compromise | 1110-000 | 100.00 | | 700.08 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.03 | | 700.11 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.03 | | 700.14 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.03 | | 700.17 |
| 07/28/09 | {1} | LISA STEINKE | PAYMENT ON COMPROMISE | 1110-000 | 200.00 | | 900.17 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.03 | | 900.20 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.04 | | 900.24 |
| 09/09/09 | {1} | LISA STEINKE | COMPROMISE | 1110-000 | 200.00 | | 1,100.24 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,100.28 |
| 10/22/09 | {1} | Lisa Steinke | Compromise on Real Estate | 1110-000 | 200.00 | | 1,300.28 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,300.32 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,300.37 |
| 12/16/09 | {1} | LIsa Steinke | Compromise | 1110-000 | 200.00 | | 1,500.37 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,500.42 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,500.47 |
| 02/18/10 | {1} | Lisa Steinke | Compromise | 1110-000 | 200.00 | | 1,700.47 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,700.52 |
| 03/23/10 | {1} | Lisa Steinke | Payment on Acct for March & April 2010 | 1110-000 | 300.00 | | 2,000.52 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,000.59 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,000.60 |
| 04/06/10 | | Wire out to BNYM account 9200******5365 | Wire out to BNYM account 9200******5365 | 9999-000 | -2,000.60 | | 0.00 |

Subtotals :   $0.00   $0.00

{} Asset reference(s)

Printed: 08/17/2011 12:21 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-71835 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | STEINKE, DANIEL J | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | STEINKE, LISA D | | **Account:** | ***-*****53-65 - Money Market Account |
| **Taxpayer ID #:** | **-***5514 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 08/17/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -2,000.60 | 0.00 | |
| | | | **Subtotal** | | **2,000.60** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,000.60** | **$0.00** | |

{} Asset reference(s)

Printed: 08/17/2011 12:21 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-71835  
**Case Name:** STEINKE, DANIEL J  
    STEINKE, LISA D  
**Taxpayer ID #:** \*\*-\*\*\*5514  
**Period Ending:** 08/17/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*53-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account \*\*\*\*\*\*\*\*5365 | Wire in from JPMorgan Chase Bank, N.A. account \*\*\*\*\*\*\*\*5365 | 9999-000 | 2,000.60 | | 2,000.60 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 2,000.68 |
| 05/05/10 | {1} | Lisa Steinke | Pymt Mo to Compromise | 1110-000 | 100.00 | | 2,100.68 |
| 05/18/10 | {1} | Lisa Steinke | | 1110-000 | 100.00 | | 2,200.68 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 2,200.81 |
| 06/16/10 | {1} | Lisa Steinke | Pymt on Compromise Re: Residence | 1110-000 | 100.00 | | 2,300.81 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 2,300.93 |
| 07/29/10 | {1} | Lisa Steinke | Pymt on Compromise | 1110-000 | 100.00 | | 2,400.93 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 2,401.07 |
| 08/27/10 | {1} | Lisa Steinke | Pymt on Compromise | 1110-000 | 100.00 | | 2,501.07 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 2,501.21 |
| 09/23/10 | {1} | Lisa Steinke | Payment on Compromise | 1110-000 | 100.00 | | 2,601.21 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,601.22 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,601.24 |
| 11/01/10 | {1} | Lisa Steinke | Compromise on Real Estate | 1110-000 | 100.00 | | 2,701.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,701.25 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,701.27 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,701.29 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,701.31 |
| 03/07/11 | {1} | Lisa Steinke | Pymt on Compromise for Real Estate | 1110-000 | 2,300.00 | | 5,001.31 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,001.34 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,001.38 |
| 05/03/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 5,001.38 |
| 05/03/11 | | To Account #9200\*\*\*\*\*\*5366 | Transfer for Final Report | 9999-000 | | 5,001.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,001.38** | **5,001.38** | **$0.00** |
| | | | Less: Bank Transfers | | 2,000.60 | 5,001.38 | |
| | | | **Subtotal** | | **3,000.78** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,000.78** | **$0.00** | |

{} Asset reference(s)                 Printed: 08/17/2011 12:21 PM    V.12.57

Exhibit 9

# FORM 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-71835  
**Case Name:** STEINKE, DANIEL J  
STEINKE, LISA D  
**Taxpayer ID #:** **-***5514  
**Period Ending:** 08/17/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/03/11 | | From Account #9200******5365 | Transfer for Final Report | 9999-000 | 5,001.38 | | 5,001.38 |
| 06/02/11 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #08-71835, BOND #016018067 | 2300-000 | | 4.73 | 4,996.65 |
| 06/07/11 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,250.14, Trustee Compensation;  Reference: | 2100-000 | | 1,250.14 | 3,746.51 |
| 06/07/11 | 103 | Discover Bank/DFS Services LLC | Distribution paid  3.09% on $8,516.19; Claim# 1; Filed: $8,516.19; Reference: 0270 | 7100-000 | | 263.77 | 3,482.74 |
| 06/07/11 | 104 | American Express Centurion Bank | Distribution paid  3.09% on $538.87; Claim# 4; Filed: $538.87; Reference: 2006 | 7100-000 | | 16.69 | 3,466.05 |
| 06/07/11 | 105 | PYOD LLC  assigns as assignee of Citibank | Distribution paid  3.09% on $1,399.48; Claim# 5; Filed: $1,399.48; Reference: 4105 | 7100-000 | | 43.35 | 3,422.70 |
| 06/07/11 | 106 | PYOD LLC assigns as assignee of Citibank | Distribution paid  3.09% on $25,856.51; Claim# 6; Filed: $25,856.51; Reference: 9144 | 7100-000 | | 800.86 | 2,621.84 |
| 06/07/11 | 107 | PYOD LLC  assigns as assignee of Citibank | Distribution paid  3.09% on $5,603.02; Claim# 7; Filed: $5,603.02; Reference: 9822 | 7100-000 | | 173.54 | 2,448.30 |
| 06/07/11 | 108 | Recovery Management Systems Corporation | Distribution paid  3.09% on $1,905.02; Claim# 8; Filed: $1,905.02; Reference: 4568 | 7100-000 | | 59.00 | 2,389.30 |
| 06/07/11 | 109 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,274.59 | 1,114.71 |
| | | | Dividend paid 100.00%  1,250.00 on $1,250.00;  Claim# ATTY; Filed: $1,735.25 | 3110-000 | | | 1,114.71 |
| | | | Dividend paid 100.00%  24.59 on $24.59;  Claim# EXP; Filed: $24.59 | 3120-000 | | | 1,114.71 |
| 06/07/11 | 110 | CHASE BANK USA | Combined Check for Claims#2,3 | | | 1,114.71 | 0.00 |
| | | | Dividend paid  3.09% on  383.92 $12,395.16;  Claim# 2; Filed: $12,395.16; Reference: 9814 | 7100-000 | | | 0.00 |
| | | | Dividend paid  3.09% on  730.79 $23,594.43;  Claim# 3; Filed: $23,594.43; Reference: 9798 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,001.38 | 5,001.38 | $0.00 |
| | | | Less: Bank Transfers | | 5,001.38 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,001.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,001.38** | |

{} Asset reference(s)

Printed: 08/17/2011 12:21 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-71835 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | STEINKE, DANIEL J | | Bank Name: | The Bank of New York Mellon |
| | STEINKE, LISA D | | Account: | 9200-******53-66 - Checking Account |
| Taxpayer ID #: | **-***5514 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 08/17/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****53-65** | 2,000.60 | 0.00 | 0.00 |
| **MMA # 9200-******53-65** | 3,000.78 | 0.00 | 0.00 |
| **Checking # 9200-******53-66** | 0.00 | 5,001.38 | 0.00 |
| | $5,001.38 | $5,001.38 | $0.00 |

{} Asset reference(s)

Printed: 08/17/2011 12:21 PM   V.12.57